IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-462 |
| | ) | |
| EDDIE DEVON VAN, III, | ) | |
| | ) | |
| Defendant. | ) | |

SUPERSEDING CRIMINAL INFORMATION

Count I (Class B Misdemeanor – 7879655)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 29, 2025, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, EDDIE DEVON VANN, III, did unlawfully operate a motor vehicle on a highway recklessly or at a speed or in a manner so as to endanger the life, limb, or property of any person.

(In violation of Title 36 C.F.R. §§ 1.3, 4.2, adopting Virginia State Code, Section 46.2-852.)

Count II (Class B Misdemeanor – 7879655)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 29, 2025, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, EDDIE DEVON VANN, III, did unlawfully operate a motor vehicle on a highway recklessly, exceeding a reasonable speed under the circumstances and traffic conditions existing at the time, regardless of any posted speed limit.

(In violation of Title 36 C.F.R. §§ 1.3, 4.2, adopting Virginia State Code, Section 46.2-861.)

Count III (Class B Misdemeanor – 7879655)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 29, 2025, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, EDDIE DEVON VANN, III, did, while operating a motor vehicle, unlawfully fail to maintain a degree of control of said motor vehicle necessary to avoid danger to persons, property or wildlife.

(In violation of Title 36 C.F.R. §§ 1.3, 4.22(b)(3).)

Count IV (Class B Misdemeanor – 7879656)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 29, 2025, on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, EDDIE DEVON VANN, III, did unlawfully operate a motor vehicle without a valid operator's license.

(In violation of Title 36 C.F.R. §§ 1.3, 4.2, adopting Virginia State Code, Section 46.2-300.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:      _____/s/_____
Christopher L. Galarza
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3938
Fax: 703-299-3980
Email: Christopher.galarza2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 11, 2025, I filed the foregoing document with the Clerk of Court

by using the CM/ECF system, which will cause a true and accurate copy of this document to be

transmitted to counsel of record.

By:     _____/s/_____
        Christopher L. Galarza
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3938
        Fax: 703-299-3980
        Email: Christopher.galarza2@usdoj.gov